812 A.2d 1104

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DAVID COOPER, DEFENDANT–MOVANT.

December 12, 2002.

## ORDER

This matter having been duly presented to the Court, it is Ordered that the motion for leave to appeal is granted, and it is further Ordered that those provisions in the trial court orders requiring defendant to produce for the State trial counsel's entire file are summarily reversed, without prejudice to the State making a subsequent motion to the trial court for discovery of the file, which request shall be narrowly tailored to include only relevant and non-privileged information. Jurisdiction is not retained.

812 A.2d 1104

IN THE MATTER OF PAUL W. SONSTEIN,
AN ATTORNEY AT LAW.

January 7, 2003.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PAUL W. SONSTEIN** of **VOORHEES**, who was admitted to the bar of this State in 1973, and who was suspended from the practice of law for a period of three months effective October 5, 2002, by Order of this Court filed September 6, 2002, be restored to the practice of law, effective immediately.